UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERESE CREPPEL | CIVIL ACTION |
| VERSUS | NO. 23-4199 |
| NAUTILUS INSURANCE COMPANY | SECTION: "G"(4) |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed, and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this <u>5th</u> day of September, 2025.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 54.